IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

VS.                    CASE NO. 4:07-CR-00314 JMM

LATOYA SHEKETA SMITH                                   DEFENDANT

## ORDER

Pending before the Court is defendant's motion to modify conditions of release (DE #33). Having received a report from United States Pretrial Services Officer Gregg Jumper, the Court will grant defendant's motion.

It is therefore ordered, that defendant's motion to modify(DE #33) be and is hereby GRANTED.

IT IS SO ORDERED this 1st day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE