IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                             CASE NO.  4:07cr00314-01 JMM

LATOYA SHEKETA SMITH

<u>ORDER</u>

The judgment entered January 23, 2009 (docket entry #53), is amended to include the forfeiture agreed to in the Plea Agreement, as set forth in the Superseding Information.

The Defendant shall forfeit her interest in $1,530.00 United States Currency.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the Financial Section of the Clerk's Office.

IT IS SO ORDERED THIS 26th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE