IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:07cr00314-01 JMM

LATOYA SHEKETA SMITH

## ORDER

Pending is the United States' motion to amend restitution in the above case (DE #56).  For good cause the motion is granted.

The judgment entered in the above case on January 23, 2009 (DE #53) is amended to correct the restitution.  The following payees and restitution amounts which were previously ordered to be joint and several with defendants in case number 4:07cr00247 SWW are amended to reflect that these specific amounts are to be paid by this defendant only: Benihana, North Little Rock, Arkansas - $110.00, Shoe Department, Stuttgart, Arkansas- $110.00, Catos, Cabot, Arkansas - $106.75, Wal-Mart, Stuttgart, Arkansas - $192.36, Wal-Mart, Malvern, Arkansas - $464.21, and Advanced Auto Parts, Cabot, Arkansas - $172.81.

Restitution in the amount of $35,526.72 is joint and several to 4:07cr00247-01 - Tekeema Lanae Walker, 4:07cr00247-02 SWW - Terrence Lamont McGhee; 4:07cr00247-03 SWW - Billy Lee Logan, 4:07cr00247-04 SWW - Tahesha McGhee and with any other person who has been or will be convicted on an offense for which restitution to the same victims on the same loss is ordered.

Restitution in the amount of $5,532.63 as to all other payees is as to the above named defendant and with any other person who has been or will be convicted on an

offense for which restitution to the same victims on the same loss is ordered.

The Clerk is requested to provide a copy of this order to the Finance Section of the Clerk's Office, United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED THIS 22nd day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE