**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LATOYA SHEKETA SMITH**                                         **PETITIONER**

**V.**                                   **4:07CR00314**
                                         **4:09CV00964**

**UNITED STATES OF AMERICA**                          **RESPONDENT**

**<u>ORDER</u>**

Petitioner has filed a notice of appeal which the Court will construe as a motion for a certificate of appealability.  In order for this Court to grant a certificate of appealability, the petitioner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2), which the United States Supreme Court has interpreted to require that the petitioner "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Tennard v. Dretke*, 542 U.S. 274, 282 (2004), quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In this case, Petitioner has failed to make such a substantial showing of the denial of a constitutional right.  Accordingly, for the reasons previously stated in the order denying Petitioner's petition, the motion for certificate of appealability, docket # 100 is denied.

IT IS SO ORDERED this 8th day of December, 2010.


James M. Moody
United States District Judge